JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. PODELL, an individual; MARY H. PODELL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) CASE NO. CV 07-6296 MMM (FMOx) <br> ) <br> ) <br> ) JUDGMENT FOR DEFENDANT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On May 6, 2008, the court denied plaintiffs Anthony W. Podell's and Mary H. Podell's motion for summary judgment on their claims for income tax refunds and *sua sponte* granted summary judgment in favor of defendant the United States. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint against defendant; and
2. That the claims for income tax refunds be, and hereby are, dismissed.

DATED: May 6, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE